Fox *v.* Armour Packing Company.

Candler, J.  It affirmatively appearing that the only plea filed by the defend-
ant was one to the jurisdiction of the court, and that the evidence of the
witness on account of whose absence a continuance was asked, if given as
claimed, would have gone to the merits of the case, and would in no sense
have supported the plea filed, it was not error to refuse to continue the case
on account of the absence of such witness.

> *Judgment affirmed.  All the Justices concur.*

Submitted October 20,—Decided November 12, 1904.

Complaint.  Before Judge Cann.  Chatham  superior  court.
August 1, 1904.

*G. B. Whatley*, for plaintiff in error.
*O'Connor, O'Byrne & Hartridge*, contra.